■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OVER GONZALEZ, Appellant. [40 NYS3d 784]—Appeal by the defendant from an order of the Supreme Court, Queens County (Mullings, J.), dated November 26, 2007, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant appeals from his designation as a level two sex offender pursuant to the Sex Offender Registration Act (*see* Correction Law art 6-C; hereinafter SORA).

The defendant's contention that he was entitled to a downward departure from his presumptive designation as a level two sex offender is unpreserved for appellate review (*see People v Gillotti*, 23 NY3d 841, 861 n 5 [2014]; *People v Johnson*, 11 NY3d 416, 422 [2008]; *People v Rodriguez*, 136 AD3d 880, 881 [2016]). In any event, the defendant failed to identify any mitigating factors that were not adequately taken into account by the SORA guidelines (*see People v Gillotti*, 23 NY3d at 861; *People v Uphael*, 140 AD3d 1143, 1145 [2016]; *People v Sanchez*, 138 AD3d 946, 947 [2016]). Dillon, J.P., Dickerson, Duffy and Connolly, JJ., concur.